**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Luis Enrique GONZALEZ,
Defendant—Appellant.**

**No. 07–10232.**

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 28, 2008.*

Filed Nov. 6, 2008.

Jerry R. Albert, Esq., USTU—Office of the U.S. Attorney Evo A. Deconcini U.S. Courthouse, Tucson, AZ, for Plaintiff-Appellee.

Myrna Rodriguez Beards, Esq., Tucson, AZ, for Defendant–Appellant.

Before: HAWKINS, RAWLINSON and M. SMITH, Circuit Judges.

MEMORANDUM **

Luis Enrique Gonzalez appeals from the district court's determination, upon remand, that there was not a complete breakdown in communication between Gonzalez and trial counsel which prevented the presentation of an adequate defense at trial. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Gonzalez's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's determination is **AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

